AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

CAROL WALKER
Plaintiff

V.

TERESA GARCIA
DAVID VEIGA
MARIE BONILLA, MANAGER
EDA INC. MANAGEMENT OFFICE/HUD
5617 WASHINGTON STREET
ROXBURY, MA
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, CAROL WALKER _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☐ Yes     ☒ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.    1998  $550.00/WK
   BOSTON HOUSING AUTHORITY
   52 CHAUNCY STREET
   BOSTON, MA

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes     ☒ No

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?    ☒ Yes    ☐ No

   If "Yes," state the total amount.    $ 2.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☐ No

   If "Yes," describe the property and state its value.
   ONE TIME LIFE INSURANCE PAYMENT OF $750.00 WHEN MY FATHER DIED.
   ONE TIME PENSION PAYMENT ABOUT $600.00 WHEN MY FATHER DIED.
   ON-GOING SSI PAYMENT ABOUT $600.00 EA. MONTH.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   JEREMY BEATTY — MOTHER — 100%
   JONATHAN BEATTY — MOTHER — 100%
   JOANNA BEATTY — MOTHER — 100%

I declare under penalty of perjury that the above information is true and correct.

JUNE 29, 2004                    /s/ Carol Walker
_____                  _____
Date                             Signature of Applicant