UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUN 29 P 3:25

U.S. DISTRICT COURT
DISTRICT OF MASS.

**ATTACHMENT 1**

**PLAINTIFF'S NAME**
CAROL WALKER BEATTY

**CIVIL ACTION**

**V.**

**NO._____**

**Defendant's Name**
TERESA GARCIA
DAVID VEIGO
MARIE BONILLA %                    **COMPLAINT**
E D A INC, MANAGEMENT OFFICE & HUD
PEABODY CONSTRUCTION COMPANY
2917 WASHIGTON STREET
ROXBURY, MA                        **Parties**

1. THE PLAINTIFF CAROL WALKER BEATTY IS A RESIDENT OF BOSTON, SUFFOLK COUNTY, MA., AND A LEGAL RESIDENT OF THE UNITED STATES.

2. THE DEFENDANTS, TERESA GARCIA, DAVID VEIGO AND MARIE BONILLA % EDA INC, MANAGEMENT OFFICE ALSO HUD & PEABODY CONSTRUCTION.

3. FRIDAY JUNE 25, 2004 I WENT INTO ACADEMY II HOUSING OFFICE AT 3:00 P.M. AND REQUESTED AN APPLICATION FORM FOR ONE OF THE UNITS. MS. TERESA GARCIA SEATED AT THE DESK INFORMED ME THAT THERE WERE NO APPLICATION FORMS IN THE OFFICE AND THE WAITING LIST WAS CLOSED ALSO.

**Jurisdiction**

4.    This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

**Facts**

5. WHEN ASKED, "HOW COME?" MS. GARCIA INFORMED ME, MY DAUGHTER AND FRIEND THAT TWO YEARS AGO APPLICATIONS WERE HANDED OUT AT THE DUDLEY LIBRARY AND ALL THE TENANTS WERE TAKEN FROM THAT LIST. SHE GAVE IT TO US WILLINGLY.

6. WHEN ASKED FOR HER AND TELEPHONE WHEN ASKED FOR THE MANAGER I WAS INFORMED SHE WAS ON VACATION UNTIL MONDAY.

7. I CALLED THE OFFICE MONDAY. SPOKE WITH DAVID GARCIA WHO INFORMED ME THAT THE MANAGER, MARIE BONILLA WILL NOT BE IN UNTIL TUESDAY, JUNE 29, 2004

8. I SENT A FAX AND MEMO TO THEM REQUESTING AN APPLICATION FORM.

9. WHEREFORE THIS PLAINTIFF DEMANDS A JUDGEMENT AGAINST THE PLAINTIFF FOR DAMAGES AND SUCH OTHER RELIEF AS THIS COURT SEEMS JUST BECAUSE MY CIVIL RIGHTS ARE BEING DENIED ME IN ALL THE CONSTITUTIONAL ARTICLES THAT APPLY.

10. I, THE PLAINTIFF IS REQUESTING A TRIAL BY JURY BECAUSE I BELIEVE THEY ARE USING STEERING TACTICS AGAINST AMERICAN BLACKS WHICH IS UNLAWFUL

11. I, THE PLAINTIFF IS DEMANDING A TRIAL BY JURY;

12. Deed to aunt (4-5 BR) at Academy Homes II, which I shall choose before any and all other future residents;

12. $1.5 million dollars;

13. Deed to unit of my choice to be transferrable to the descendant/s of my choice upon decease;

**Signature** Carol Walker Beatty

**Name** CAROL WALKER BEATTY

**Address** 128 INTERVALE STREET

Boston, Massachusetts 02121

**Telephone #** (617) 298-2982

Freeze all assets f Peabody Construction
and Academy Homes II . Plaintiff
Seeks congressional investigation.
Plaintiff seeks deed and total control
or ownership of Academy Homes II,
instead of HUD/EDA/Peabody Construction.