UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Carol Walker ,

        Plaintiff,

        v.                      Civil Action No. 04-11496-PBS

Teresa Garcia, et al. ,

        Defendants.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒     GRANTED.

☐     DENIED for the following reason(s):

☐     The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. § 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

☐     The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

8/17/04                                                s/ Patti B. Saris
DATE                                                   UNITED STATES DISTRICT JUDGE