CAROL WALKER,
    Plaintiff,
v.
Teresa Garcia,
Peabody Construction, etc.,
    Defendants.

## PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE SUMMONS

Plaintiff, Carol Walker, respectfully requests that the time to file summons in this action be enlarged and an additional thirty-five (35) days be granted. Despite Plaintiff's diligent efforts to file summons, Plaintiff is:

1) the **visually impaired** female head of household in a family of four busy and productive youths. Two are teenagers and one is a pre-teen child. Single Mother is busy with her family in a community known for drug activity and gang warfare. Plaintiff's trips to deliver and retrieve family from summer camp in New Hampshire, athletic activities, and now back to school preparations; have dominated Plaintiff's time.
2) Plaintiff is now academically involved in her children's nightly academic supervision, school related meetings,
3) Plaintiff sometimes relies on children to help with reading of mail, which makes the process even slower.

Respectfully submitted,

*Carol Walker* (signature)

Carol Walker
128 Intervale Street, #5
Dorchester, MA 02121
(617) 427-4720

An enlargement of time will enable **legally blind** Plaintiff to serve summons properly. WHEREFORE, Plaintiff respectfully requests that the time to serve summons be enlarged for thirty-five (35) additional days.