UNITED STATES DISTRICT COURT

Carol W. Beatty,
Plaintiff

v.

Maria Garcia
Defendant

Civil Action No: 04-11496PBS

MOTION: <u>MOTION TO ENLARGE TIME AGAIN</u>

Plaintiff, Carol W. Beatty, respectfully requests 35 additional days for following reasons.

1. Plaintiff has been harassed by landlord and threatened with ouster based upon lies, after the curious dismissal of federal case filed by plaintiff against him.

2. Enlargement of time would allow plaintiff to refocus, after seeking counselling for this emotional trauma.

Respectfully Submitted,

Carol W. Beatty
128 Intervale St, #5
Dorchester MA 02121
(617) 427-4720
10-30-04